1076

THE STATE OF WASHINGTON, *Respondent,* v. DARRY G. ARVESON, *Appellant.*

Appeals from judgments of the Superior Court for Kitsap County, Nos. 80–1–00091–6, 79–1–00331–8, James D. Roper, J., entered June 2, 1980. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Green, J.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ALLEN DRAPER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 80–1–00337–2, Robert D. McMullen, J., entered September 25, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. LARRY M. WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–663, John W. Schumacher, J., entered November 21, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrie, J.